No. 88–506. ALPHA BETA CO. ET AL. *v.* NAHM. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–507. WILLIAMS ET AL. *v.* LYNG, SECRETARY OF AGRICULTURE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–508. BRYSON ET AL. *v.* CITY OF DERIDDER ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–510. SMITH ET UX. *v.* NICKLOS DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–511. MICHIGAN *v.* EVANS. Recorder's Court, City of Detroit, Mich. Certiorari denied.

No. 88–516. LIBERTY NATIONAL BANK & TRUST CO. *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 88–523. JEWEL FOOD STORES *v.* MERK ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–524. COXSEY *v.* EMPLOYERS MUTUAL CASUALTY CO. C. A. 5th Cir. Certiorari denied.

No. 88–538. BROWN ET AL. *v.* 1250 TWENTY-FOURTH STREET ASSOCIATES LIMITED PARTNERSHIP ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–540. VANNELLI *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. Ct. App. Minn. Certiorari denied.

No. 88–569. DIGGS *v.* HARRIS HOSPITAL-METHODIST, INC. C. A. 5th Cir. Certiorari denied.

No. 88–615. SILVERMAN ET AL. *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 88–619. DONNELLY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–635. DEMACO CORP. ET AL. *v.* F. VON LANGSDORFF LICENSING LTD. ET AL. C. A. Fed. Cir. Certiorari denied.